# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2007

132105-6

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICK PATTERSON and SUSAN
PATTERSON,
      Plaintiffs-Appellants,

v

GREGORY BRYAN CABALA,
      Defendant-Appellee,

and

ROBERT TREVINO,
      Defendant/Cross-Defendant-
      Appellee,

and

SAGINAW CHIPPEWA INDIAN TRIBE OF
MICHIGAN, d/b/a SOARING EAGLE CASINO,
      Defendant/Cross-Plaintiff-Appellee.

SC: 132105-6
COA: 260728; 265672
Bay CC: 04-003358-NS

_____/

      On order of the Court, the application for leave to appeal the August 8, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2007

_____
Clerk

p0425